**DISMISS and Opinion Filed March 28, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00986-CV**

**H & S INSTALLATIONS, INC., Appellant**
**V.**
**H & K INTERNATIONAL, INC., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-09632**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Smith
Opinion by Justice Nowell

Before the Court is appellant's motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

230986f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

H & S INSTALLATIONS, INC.,
Appellant

No. 05-23-00986-CV      V.

H & K INTERNATIONAL, INC.,
Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-09632.
Opinion delivered by Justice Nowell.
Justices Partida-Kipness and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee H & K INTERNATIONAL, INC. recover its costs of this appeal from appellant H & S INSTALLATIONS, INC.

Judgment entered this 28th day of March, 2024.